UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JEROME G ALEXANDER                                CIVIL ACTION NO.

v

RESOURCES FOR                                     JUDGE:
    HUMAN DEVELOPMENT                            Magistrate Judge:

## COMPLAINT

### Jurisdiction and venue

1. This action is brought under 42 USC sec 2000e. Venue in this district is proper because all acts complained of occurred in this district.

### Right-to-sue-letter

2. Plaintiff received a Right-to-sue letter dated September 15, 2010.

### Parties

3. Plaintiff is a male and he alleges gender discrimination. He was hired on February 2, 2006 and discharged August 24, 2007. He was employed as an Assistant Director/Clinical Coordinator. He was the top ranked male and the only male manager. His salary was $38,000/yr. Defendant, Resources for Human Development (RHD) was his employer and employs more than 15. It operated a program called New Orleans Womanspace for which plaintiff worked.

### Conduct complained of-Discriminatory discharge

4. He was hired by Donna Mitchell and fired at a meeting with her and Jan Tarantino, Program Manager. However, plaintiff and Mitchell developed professional differences. Shortly before he was terminated, plaintiff was told by Lorenza Mealancon that Mitchell wanted to make the site a womanspace, the implication being no more male managers. She made other remarks to Ms Mealancon that also indicated gender animus.