UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JEROME ALEXANDER | * | CIVIL ACTION |
| | * | |
| Plaintiff | * | NO. 10-4515 |
| vs. | * | |
| | * | SECTION L |
| | * | |
| RESOURCES FOR HUMAN DEVELOPMENT | * | MATISTRATE 4 |
| | * | |
| Defendant | * | |

### ORDER OF DISMISSAL

CONSIDERING the foregoing Joint Motion to Dismissal;

IT IS ORDERED that the Motion is granted and this matter is hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this ____12th____ day of December 2011.

_(signed)_
U. S. DISTRICT JUDGE